43

---- United States Bankruptcy Court ----------- VOLUNTARY PETITION ---
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE --------------------------- | NAME OF JOINT DEBTOR --------------- |
| **CESENA, DAVID** | NO JOINT DEBTOR |
| ALL OTHER NAMES ------------------ | ALL OTHER NAMES ------------------- |
| **NONE** | N/A |
| SOC. SEC./TAX I.D. NO. ----------- | SOC. SEC./TAX I.D. NO. ----------- |
| **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** **N/A** | N/A |
| STREET ADDRESS OF DEBTOR --------- | STREET ADDRESS OF JOINT DEBTOR ---- |
| **1937 W. ORIOLE ST.** | N/A |
| **VISALIA, CA 93291** | |
| COUNTY -------- TEL-**(559) 625-3464** | COUNTY -------- TEL- N/A |
| **TULARE** | N/A |
| MAILING ADDRESS OF DEBTOR -------- | MAILING ADDRESS OF JOINT DEBTOR --- |
| **1937 W. ORIOLE ST.** | N/A |
| **VISALIA, CA 93291** | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR ----------------------
  N/A

VENUE -----------------------------------------------------------------
Debtor has been domiciled or has had a residence, principal place of
business, or principal assets in this District for 180 days
immediately preceding the date of this petition or for a longer part
of such 180 days than in any other District.
------------------- INFORMATION REGARDING DEBTOR ----------------------

TYPE:  **Individual**
NATURE: **Non-Business/Consumer**
A. TYPE OF BUSINESS
    **N/A**

B. BRIEFLY DESCRIBE NATURE OF BUSINESS
    **N/A**

STATISTICAL/ADMINISTRATIVE INFORMATION---
Debtor estimates that, after any exempt
property excluded and administrative
expenses paid, NO funds will be available
for distribution to unsecured creditors.

------------------ range -- (sard code)-
  NO. OF CREDITORS **1-15**          **(1)**
  ASSETS (thousands) **50-99**       **(2)**
  LIABIL. (thousands) **50-99**      **(2)**
    NO. OF EMPLOYEES **N/A**
EQUITY SEC. HOLDERS **N/A**

CHAPTER OF BANKRUPTCY CODE
UNDER WHICH THE PETITION
IS FILED:  7
FILING FEE
Attached
----------------------------

03-19262-B-7

ATTORNEY NAME AND ADDRESS --
**DEBTOR PRO-SE**
Bar #/**N/A**

DEBTOR: DAVID CESENA
DEBTOR: PRO-SE
JUDGE: HON. W. LEE
TRUSTEE: R. HAWKINS
341 MEETING (Tentative Setting):
11/10/03, 02:30 PM - 004
Official meeting notice to be maile
CHAPTER: 7  COUNTY: TULARE
FILED 10/9/03 - 01:18 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION    lbef
RECEIPT NO: 1-3-016068    $200

**N/A**

---------------------THIS SPACE FOR COURT USE ONLY

621

Name of Debtor:                          Case No.:
**CESENA, DAVID**

```
----------------------------------------------------------------------
---------- PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS ----------
Location Where Filed ----------------- Case Number ---- Date Filed ---
No Prior Bankruptcies
- PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE -
Name of Debtor ---------------------- Case Number ---- Date Filed ---
No Pending Bankruptcies

Relationship ------- District ----------- Judge --------------------
```

------------------------- REQUEST FOR RELIEF -------------------------
Debtor is eligible for and requests relief in accordance with the
chapter of title 11 United States Code specified in this petition.
-------------------------- SIGNATURES -------------------------------

Attorney signature                    Date
------------------- INDIVIDUAL OR JOINT DEBTOR(S) --------------------
I declare under penalty of perjury that the information provided in
this petition is true and correct.

Signature of Debtor *David Cesena*    Signature of Joint Debtor

Date: *10/8/03*                       Date:
------------------------- EXHIBIT A ----------------------------------
| | Exhibit A is attached and made a part of this petition.
----- INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS -----
I am aware that I may proceed under Chapter 7, 11, 12, or 13 of title
11, U.S.C., understand the relief available under such chapter, and
choose to proceed under chapter 7 of such title.  If I am represented
by an attorney, Exhibit B has been completed.
*David Cesena*
Signature of Debtor                   Signature of Joint Debtor
Date: *10/8/03*                       Date:
------------------------- EXHIBIT B ----------------------------------
I, the attorney for the debtor(s) named in the foregoing petition,
declare that I have informed the debtor(s) that the debtor(s) may
proceed under chapter 7, 11, 12, or 13 of title 11 United States
Code, and have explained the relief available under such chapter.

Signature of Attorney                 Date

---

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
BANKRUPTCY PETITION PREPARER (See 11 U.S.C. sec. 110)

I certify that I am a bankruptcy petition preparer as defined in
11 U.S.C. sec. 110, that I prepared this document for compensation,
and that I have provided the debtor with a copy of this document.

_KAREN L. ACORD_____          _SU-74-7842_____
Printed or Typed Name of              Social Security No.
Bankruptcy Petition Preparer

_1704 W. Mineral King_____
_Visalia, CA 93291_____
Address

Names and Social Security numbers of all other individuals who
prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional
signed sheets conforming to the appropriate Official Forms for
each person.

X                                     _10/8/03_____
Signature of Bankruptcy Petition Preparer        Date

A bankruptcy petition preparer's failure to comply with the
provisions of title 11 and the Federal Rules of Bankruptcy Procedure
may result in fines or imprisonment or both.  11 U.S.C. sec. 110;
18 U.S.C. sec. 156.

Page 3

UNITED STATES BANKRUPTCY COURT FOR THE
**EASTERN DISTRICT OF CALIFORNIA**

In re: **CESENA, DAVID**
     Debtor

Case No. (if known)

```
===================== SUMMARY OF SCHEDULES ========================
------------------------------------------------------------------
  Schedule name    | No. Sheets   | Assets | Liabilities | Other
------------------------------------------------------------------
 X (mark if attached)
==================================================================
____  A - Real Property      1        0.00  --------------------
____  B - Personal Property  4   82,908.00  --------------------
____  C - Property Claimed
          as Exempt          2   ---------------------------------
____  D - Creditors Holding
          Secured Claims     1   -------------        0.00  -------
____  E - Creditors Holding
          Unsecured Priority
          Claims             1   -------------        0.00  -------
____  F - Creditors Holding
          Unsecured Non-
          priority Claims    3   -------------   61,140.00  -------
____  G - Executory Contracts
          and Unexpired
          Leases             1   ---------------------------------
____  H - Codebtors          1   ---------------------------------
____  I - Current Income of
          Individual Debtors 2   --------------------    2,120.32
____  J - Current Expenditures
          of Individual
          Debtors            3   --------------------    2,082.00
------------------------------------------------------------------
       Summary Sheet     |   1 |**********************************
    Total No. Sheets     |  20 |**********************************
         Total Assets -> |       82,908.00|**********************
             Total Liabilities -> |        61,140.00|*******
              Total No. of Creditors -> |         6|*******
==================================================================
```

In re **CESENA, DAVID**
    Debtor                              Case No. (if known)

### SCHEDULE A - REAL PROPERTY

| Description and location of property | Current market value of debtor interest in the property without deducting any secured claim or exemption |
|---|---|
| Nature of Debtor interest in property | Amount of secured claim |

None

|  | Total: | 0.00 |
|---|---|---|

In re **CESENA, DAVID**
     Debtor

                                        Case No. (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of property<br>Description and location of property | Current market value of debtor interest in property without deducting any secured claim |
|---|---|

1. Cash on hand.
   None
2. Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.

   **CHECKING ACCOUNT WITH WELLS FARGO**    Debtor interest:        **100.00**

   Location: **In debtor possession.**

   **SAVINGS ACCOUNT WITH WELLS FARGO**    Debtor interest:        **80.00**

   Location: **In debtor possession.**

3. Security deposits with public utilities, telephone companies, landlords, and others.
   None
4. Household goods and furnishings, including audio, video, and computer equipment.

   **ALL CUSTOMARY HOUSEHOLD GOODS & FURNISHINGS**    Debtor interest:        **2,000.00**

   Location: **In debtor possession.**

5. Books, pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.
   None
6. Wearing apparel.

   **PERSONAL CLOTHING & SUPPLIES**    Debtor interest:        **100.00**

   Location: **In debtor possession.**

7. Furs and jewelry.

   **MEN'S WATCH**    Debtor interest:        **25.00**

In re **CESENA, DAVID**
   Debtor                                    Case No. (if known)

Location: **In debtor possession.**

8.   Firearms and sports, photographic, and other hobby equipment.

**ONE .22 PISTOLE & ONE RIFLE**        Debtor interest:          250.00

Location: **In debtor possession.**

9.   Interests in insurance policies.

**BENEFICIAL LIFE INSURANCE POLICY**   Debtor interest:        1,462.00

Person holding: **ADMINISTRATOR**
                **BENEFICIAL LIFE**
                **36 S. STATE ST.**
                **SALT LAKE CITY, UT 84136**

10.  Annuities.

**JACKSON NATIONAL ANNUITY THROUGH**   Debtor interest:        7,637.00
**EMPLOYER**

Person holding: **ADMINISTRATOR**
                **VISALIA UNIFIED**
                **SCHOOL DISTRICT**
                **801 N. MOONEY BLVD.**
                **VISALIA, CA 93291**
                **(559) 730-7594**

11.  Interests in IRA, ERISA, Keogh, or other pension or profit
     sharing plans.

**PROTECTIVE LIFE MUTUAL FUNDS**       Debtor interest:       32,054.00
**RETIREMENT**

Person holding: **ADMINISTRATOR**
                **VISALIA UNIFIED**
                **SCHOOL DISTRICT**
                **801 N. MOONEY BLVD.**
                **VISALIA, CA 93291**
                **(559) 730-7594**

**REETIREMENT THROUGH EMPLOYER**       Debtor interest:       35,000.00

Person holding: **ADMINISTRATOR**
                **VISALIA UNIFIED**

In re **CESENA, DAVID**
      Debtor                              Case No. (if known)

                    **SCHOOL DISTRICT**
                    **801 N. MOONEY BLVD.**
                    **VISALIA, CA 93291**
                    **(559) 730-7594**

12. Stock and interests in incorporated and unincorporated businesses.
    None
13. Interests in partnerships or joint ventures.
    None
14. Government and corporate bonds and other negotiable and non-negotiable instruments.
    None
15. Accounts receivable.
    None
16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.
    None
17. Other liquidated debts owing debtor including tax refunds.

    **2002 STATE & FEDERAL INCOME TAX**    Debtor interest:      **700.00**
    **REFUND**

    Location: **In debtor possession.**

18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.
    None
19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.
    None
20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.
    None
21. Patents, copyrights, and other intellectual property.
    None
22. Licenses, franchises, and other general intangibles.
    None
23. Automobiles, trucks, trailers, and other vehicles or accessories.

    **1957 CHEVY**                Debtor interest:      **3,000.00**

    Location: **In debtor possession.**
    Additional info.: **THIS VEHICLE DOES NOT RUN.  IT NEEDS FRONT END & STEERING REPAIRS AND IT NEEDS A PAINT JOB.  IT HAS OVER 250,000 MILES.**

In re **CESENA, DAVID**
    Debtor                           Case No. (if known)

**1986 DODGE ARIES**                  Debtor interest:          300.00

Location: **In debtor possession.**
Additional info.: **THIS VEHICLE HAS OVER 100,000 MILES**

**1986 NISSAN PICKUP**             Debtor interest:          200.00

Location: **In debtor possession.**
Additional info.: **THIS VEHICLE HAS OVER 270,000 MILES**

24. Boats, motors, and accessories.
    None
25. Aircraft and accessories.
    None
26. Office equipment, furnishings, and supplies.
    None
27. Machinery, fixtures, equipment, and supplies used in business.
    None
28. Inventory.
    None
29. Animals.
    None
30. Crops - growing or harvested.
    None
31. Farming equipment and implements.
    None
32. Farm supplies, chemicals, and feed.
    None
33. Other personal property of any kind not already listed.
    None

                                 Total:       82,908.00

In re **CESENA, DAVID**
    Debtor                              Case No. (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

11 U.S.C. sec. 522(b)(2)

Exemptions available under applicable non-bankruptcy federal laws, state or local law where the debtor domicile has been located for the 180 days immediately preceding the filing of the petition or for a longer portion of the 180 day period than in any other place, and the debtor interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable non-bankruptcy law.

**Debtor is single.**

| Description of property<br>Specify exemption law and value claimed exempt | Current market value of property without deducting exemption |
|---|---|

**1957 CHEVY**                         Debtor Interest:         3,000.00

Exemption law: **CCP 703.140(b)(2)(5)(i)**
Value exempt: **3,000.00**

**1986 DODGE ARIES**                 Debtor Interest:           300.00

Exemption law: **CCP 703.140(b)(5)(i)**
Value exempt: **300.00**

**1986 NISSAN PICKUP**               Debtor Interest:           200.00

Exemption law: **CCP 703.140(b)(5)(i)**
Value exempt: **200.00**

**2002 STATE & FEDERAL INCOME TAX REFUND**            Debtor Interest:           700.00
Exemption law: **CCP 703.140(b)(5)(i)**
Value exempt: **700.00**

**ALL CUSTOMARY HOUSEHOLD GOODS & FURNISHINGS**          Debtor Interest:       2,000.00
Exemption law: **CCP 703.140(b)(3)**
Value exempt: **2,000.00**

**BENEFICIAL LIFE INSURANCE POLICY**       Debtor Interest:       1,462.00

In re **CESENA, DAVID**
       Debtor                                    Case No. (if known)


Exemption law: **CCP 703.140(b)(8)**
Value exempt: **1,462.00**

**CHECKING ACCOUNT WITH WELLS FARGO**          Debtor Interest:            100.00

Exemption law: **CCP 703.140(b)(5)(1)**
Value exempt: **100.00**

**JACKSON NATIONAL ANNUITY THROUGH**           Debtor Interest:          7,637.00
**EMPLOYER**
Exemption law: **CCP 703.140(b)(10)(E)**
Value exempt: **7,637.00**

**MEN'S WATCH**                                Debtor Interest:             25.00

Exemption law: **CCP 703.140(b)(4)**
Value exempt: **25.00**

**ONE .22 PISTOLE & ONE RIFLE**                Debtor Interest:            250.00

Exemption law: **CCP 703.140(b)(5)(1)**
Value exempt: **250.00**

**PERSONAL CLOTHING & SUPPLIES**               Debtor Interest:            100.00

Exemption law: **CCP 703.140(b)(3)**
Value exempt: **100.00**

**PROTECTIVE LIFE MUTUAL FUNDS**               Debtor Interest:         32,054.00
**RETIREMENT**
Exemption law: **CCP 703.140(b)(10)(E)**
Value exempt: **32,054.00**

**REETIREMENT THROUGH EMPLOYER**               Debtor Interest:         35,000.00

Exemption law: **CCP 703.140(b)(10)(E)**
Value exempt: **35,000.00**

**SAVINGS ACCOUNT WITH WELLS FARGO**           Debtor Interest:             80.00

Exemption law: **CCP 703.140(b)(5)(1)**
Value exempt: **80.00**

In re **CESENA, DAVID**
     Debtor                               Case No. (if known)

### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| Creditor's name and complete mailing address including zip code | Amount of claim without deducting value of collateral |
|---|---|
| Date claim was incurred, nature of lien, and description and market value of property subject to the lien | Unsecured portion, if any |

None

|  |  |
|---|---|
| Subtotal this page: | 0.00 |
| Total: | 0.00 |

In re **CESENA, DAVID**
    Debtor

Case No. (if known)


### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

|X| Debtor has no creditors holding unsecured priority claims.

TYPES OF PRIORITY CLAIMS:

| | WAGES, SALARIES, AND COMMISSIONS
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. sec. 507(a)(3).

| | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first to the extent provided in 11 U.S.C. sec. 507(a)(4).

| | CERTAIN FARMERS OR FISHERMEN
    Claims of certain farmers or fishermen, up to a maximum of $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. sec. 507(a)(5).

| | DEPOSITS BY INDIVIDUALS
    Claims of individuals up to a maximum of $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. sec. 507(a)(6).

| | ALIMONY, MAINTENANCE, OR SUPPORT
    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. sec. 507(a)(7).

| | TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. sec. 507(a)(8).

| | COMMITMENTS TO MAINTAIN CAPITAL OF INSURED DEPOSITORY INSTITUTION
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Controller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. sec. 507(a)(9).


* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re **CESENA, DAVID**
         Debtor                                    Case No. (if known)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

```
================================================================
| Creditor's name and complete mailing address      |         |
| including zip code                                 |         |
| -------------------------------------------------- | Amount of claim |
| Date claim was incurred and consideration for claim. |       |
| If claim is subject to setoff, so state.           |         |
================================================================
```

Account no.:                          Amount of claim:      14,557.00
**CITIBANK SOUTH DAKOTA NA**
**ARTHUR W. SHWACHMAN, ESQ**
**1445 HUNTINGTON DR.**
**SUITE 300**
**SOUTH PASADENA, CA 91030**
Date incurred:
Consideration for claim: **REVOLVING ACCOUNT FOR MISCELLANEOUS PURCHASES**
Claim is: **Fixed and liquidated.**


Account no.: **6011 0002 8027 5821**     Amount of claim:      18,000.00
**DISCOVER CARD**
**DISCOVER FINANCIAL SERVC**
**POST OFFICE BOX 15251**
**WILMINGTON, DE 19886**
Date incurred:
Consideration for claim: **REVOLVING ACCOUNT FOR MISCELLANEOUS PURCHASES**
Claim is: **Fixed and liquidated.**

Claim assigned to: **ADDITIONAL ADDRESS**
                   **DISCOVER CARD**
                   **POST OFFICE BOX 3008**
                   **NEW ALBANY, OH 43054**

Claim assigned to: **ADDITIONAL ADDRERESS**
                   **DISVER CARD**
                   **POST OFFICE BOX 3007**
                   **NEW ALBANY, OH 43054**

Claim assigned to: **Attorney**
                   **ESKANOS & ADLER**
                   **ATTORNEYS AT LAW**
                   **2325 CLAYTON RD.**
                   **CONCORD, CA 94520**

                              Subtotal this page:      32,557.00

In re **CESENA, DAVID**
     Debtor

Case No. (if known)

Account no.: **4417128570212926**     Amount of claim:     **4,550.00**
**FIRST USA/BANK ONE**
**TRIADVANTAGE CREDIT SVCS**
**1160 CENTRE POINTE DR.**
**SUITE 1**
**MENDOTA HEIGHTS,MN 55120**
Date incurred:
Consideration for claim: **REVOLVING ACCOUNT FOR MISCELLANEOUS PURCHASES**
Claim is: **Fixed and liquidated.**

Account no.: **4417 1263 9612 0992**     Amount of claim:     **14,058.00**
**FIRST USA/BANK ONE DELWR**
**CARDMEMBER SERVICES**
**POST OFFICE BOX 50882**
**HENDERSON, NV 89016-0882**
Date incurred:
Consideration for claim: **REVOLVING ACCOUNT FOR MISCELLANEOUS PURCHASES**
Claim is: **Fixed and liquidated.**

Claim assigned to: **Attorney**
                 **MANN BRACKEN, LLC**
                 **ATTORNEYS AT LAW**
                 **229 PEACHTREE ST., NE**
                 **SUITE 700**
                 **ATLANTA, GA 30303-1601**

Account no.: **1 1407 4099**     Amount of claim:     **600.00**
**UNION 76**
**POST OFFICE BOX 52202**
**PHOENIX, AZ 85072-2202**
Date incurred:
Consideration for claim: **GASOLINE CREDIT CARD ACCOUNT**
Claim is: **Fixed and liquidated.**

Account no.: **5490 8424 0308 2242**     Amount of claim:     **9,375.00**
**WELLS FARGO CARD SERVICE**
**POST OFFICE BOX 30086**
**LOS ANGELES, CA 90030**
Date incurred:
Consideration for claim: **REVOLVING ACCOUNT FOR MISCELLANEOUS PURCHASES**
Claim is: **Fixed and liquidated.**

Subtotal this page:     **28,583.00**

Page 2

In re **CESENA, DAVID**
     Debtor                                     Case No. (if known)

Claim assigned to: **ADDITIONAL ADDRESS**
                            **WELLS FARGO CARD SERVICE**
                            **POST OFFICE BOX 522**
                            **DES MOINES, IA 50302**

|                        |            |
| ---------------------- | ---------- |
| Subtotal this page:    | **0.00**   |
| Total:                 | **61,140.00** |

In re **CESENA, DAVID**
Debtor                                              Case No. (if known)


SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and mailing address, including zip code, of other parties to lease or contract. | Description of contract or lease and nature of debtor interest. State whether lease is for non-residential real property. State contract number of any governmental contract. |
|---|---|

None

In re **CESENA, DAVID**
          Debtor                                    Case No. (if known)

## SCHEDULE H – CODEBTORS

====================================================================
| Name and address of codebtor          | Name and address of creditor      |
====================================================================

None

In re **CESENA, DAVID**
    Debtor                                    Case No. (if known)

### SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTORS

```
==============================================================
|   DEBTOR MARITAL STATUS: Divorced                          |
|                                                            |
|   DEPENDENTS OF DEBTOR                                      |
|       No dependents                                        |
==============================================================
|                                                            |
|   EMPLOYMENT:            DEBTOR/JOINT-1                     |
|                                                            |
|   Occupation:           BUS DRIVER/SERVICE PERSON          |
|   Employer name:        VISALIA UNIFIED SCHOOL             |
|                         DISTRICT                           |
|   How long employed:    36 YEARS                           |
|   Employer address:     801 NORTH MOONEY BLVD.             |
|                         VISALIA, CA 93291                  |
|                                                            |
==============================================================
```

INCOME: (Estimate of average monthly income)

| | |
|---|---:|
| Current monthly gross wages, salary, and commissions.......... | 2,936.96 |
| Estimated monthly overtime....... | 0.00 |
| SUBTOTAL | 2,936.96 |
| LESS PAYROLL DEDUCTIONS | |
| a.  Payroll taxes and social security.............. | 611.05 |
| b.  Insurance.................... | 0.00 |
| c.  Union dues.................. | 0.00 |
| d.  Other (specify): **RETIREMENT** | 205.59 |
| SUBTOTAL OF DEDUCTIONS | 816.64 |
| TOTAL NET MONTHLY TAKE HOME PAY | 2,120.32 |
| Regular income from operation of business or profession or farm... | |
| Income from real property.y........ | 0.0 |

In re **CESENA, DAVID**
    Debtor                        Case No. (if known)

Interest and dividends...........       **0.00**

Alimony, maintenance, or support
payments payable to the debtor
for the debtor's use or that of
dependents listed above.........       **0.00**

Social security or other
government assistance:               **0.00**

Pension or retirement income.....       **0.00**

Other monthly income:                **0.00**

TOTAL MONTHLY INCOME:        |     **2,120.32**         |

Describe any increase or decrease of more than 10% in any of the above
categories anticipateded to occur within the year folling the filing of
this document:

  None

In re **CESENA, DAVID**
         Debtor                                      Case No. (if known)


### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the
d debtor and the debtor's family.Prorate any payments made bi-weekly,
quarterly, semi-annually, or annually to show monthly rate.


| | Check this box if a joint petition is filed and debtor's spouse
     maintains a separate household.  Complete and label a separate
     schedule of expenditures.


Rent/home mortgage payments (include mobile home lot)..          **645.00**

     Are real estate taxes included?   Yes | |   No |X|
     Is property insurance included?   Yes | |   No |X|

Utilities: Electricity and heating fuel................          **163.00**
           Water and sewer.............................           **56.00**
           Telephone...................................          **125.00**
           Garbage.....................................            **0.00**
           Security....................................            **0.00**
           Cable.......................................           **40.00**

Home maintenance (repairs and upkeep)..................            **0.00**
Food...................................................          **400.00**
Clothing...............................................           **45.00**
Laundry and dry cleaning...............................           **15.00**
Medical and dental expenses............................           **80.00**
Transportation (not including car payments)............          **150.00**
Recreation, clubs and entertainment,
newspapers, magazines, etc.............................           **65.00**
Charitable contributions...............................            **0.00**

Insurance: (not deducted from wages or included in
            home mortgage payments.)
           Homeowner's or renter's.....................            **0.00**
           Life........................................           **35.00**
           Health......................................            **0.00**
           Auto........................................          **158.00**

Taxes: (not deducted from wages or included in home              **0.00**
        mortgage payments.) (specify)

Installment payments: (In chapter 12 & 13 cases, do not
            list payments to be included in the plan.)            **0.00**

In re **CESENA, DAVID**
      Debtor                                    Case No. (if known)


Alimony, maintenance, and support paid to others.......      **0.00**

Payments for support of additional dependents
not living at your home................................      **0.00**

Regular expenses from operation of business,
profession, or farm (attach detailed statement)........      **0.00**

**PERSONAL CARE ITEMS**                                      **40.00**
**PET FOOD & CARE**                                          **35.00**
**HAIRCUTS**                                                 **10.00**
**DMV/SMOG FEES**                                            **20.00**
                                                  ------------------
TOTAL MONTHLY EXPENSES (Report also on Summary)........    **2,082.00**
                                                  ------------------

(The penalty for making a false statement or concealing property is a
fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

                            DECLARATION

I, **DAVID CESENA**, named as the debtor in this case, declare under penalty
of perjury that I have read the foregoing **Summary and Schedules**,
consisting of 19 sheets (including this declaration), and that it is
true and correct to the best of my information and belief.


Signature: _David Cesena_          Date: _10/8/03_
           **DAVID CESENA**



------------------------------------------------------------------------
          CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
          BANKRUPTCY PETITION PREPARER (See 11 U.S.C. sec. 110)

I certify that I am a bankruptcy petition preparer as defined in
11 U.S.C. sec. 110, that I prepared this document for compensation,
and that I have provided the debtor with a copy of this document.

_Karen L Acord_                    _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_
Printed or Typed Name of           Social Security No.
Bankruptcy Petition Preparer

                                                          Page 2

In re **CESENA, DAVID**
    Debtor                         Case No. (if known)

_1709 W. Mineral King_
_Visalia, CA 93291_
Address

Names and Social Security numbers of all other individuals who
prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional
signed sheets conforming to the appropriate Official Forms for
each person.

X _____     10/8/03
Signature of Bankruptcy Petition Preparer     Date

A bankruptcy petition preparer's failure to comply with the
provisions of title 11 and the Federal Rules of Bankruptcy Procedure
may result in fines or imprisonment or both.  11 U.S.C. sec. 110;
18 U.S.C. sec. 156.

Page 3

Form 7 Page 1   (9/00)                                                                                    USBC, EDCA

| In re CESENA, DAVID | Case No.: |
|---|---|
| Debtor. | (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following:  an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."*  The term "insider" includes but is not limited to:  relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

1.   **Income from employment or operation of business**

None   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation
☐     if the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also
      the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains,
      or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.
      Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each
      spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether
      or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| $25,646.68 | 2003 YTD GROSS | EMPLOYMENT |
| $35,392.00 | 2002 | EMPLOYMENT |
| $35,783.00 | 2001 | EMPLOYMENT |

**2.   Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                          SOURCE

**3.   Payments to creditors**

None ☒

a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☒

b.   List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None    a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐        preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
         information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are
         separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| CITIBANK SOUTH DAKOTA NA vs DAVID CESENA CASE NO. 03-952455 | COMPLAINT FOR MONEY JUDGMENT | TULARE COUNTY SUPERIOR COURT VISALIA DIVISION | JUDGMENT WITHIN LAST YEAR |

None    b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
☒        year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter
         13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
         unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒        lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
         (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
         spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and receiverships**

None
☒

a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this **case** except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None
☒

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 10. Other transfers

None
☒

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

Form 7 Page 6  (9/00)                                                                    USBC, EDCA

### 11. Closed financial accounts

None ☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ☐   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| WELLS FARGO | DEBTOR | PERSONAL DOCUMENTS I.E., BIRTH CERTIFICATES, BAPTISMAL CERTIFICATES | |

### 13. Setoffs

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None   List all property owned by another person that the debtor holds or controls.
☒

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None   If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises
☒   which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition
is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☒   California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year
period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any
former spouse who resides or resided with the debtor in the community property state.

NAME

Form 7 Page 8   (9/00)                                                                                          USBC, EDCA

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None   a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit
  ☒        that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental
           unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME | NAME AND ADDRESS | DATE OF | ENVIRONMENTAL |
| AND ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

---

None   b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release
  ☒        of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME | NAME AND ADDRESS | DATE OF | ENVIRONMENTAL |
| AND ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

---

None   c.   List all judicial or administrative proceedings, including settlements and orders, under any Environmental Law with
  ☒        respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or
           was a party to the proceeding, and the docket number.

| NAME AND ADDRESS | DOCKET NUMBER | STATUS OR |
| OF GOVERNMENTAL UNIT | | DISPOSITION |

---

Form 7 Page 9  (9/00)                                                                                          USBC, EDCA

### 18. Nature, location and name of business

None     a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☒            and the beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or
             managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within
             the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or
             more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

             If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the
             businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
             percent or more of the voting securities, within the **six years** immediately preceding the commencement of this
             case.

             If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the
             businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
             percent or more of the voting securities within the **six years** immediately preceding the commencement of this
             case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|----------------------|---------|--------------------|----------------------------|
|      |                      |         |                    |                            |

None     b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in
☒            11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
|      |         |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual
debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following:
an officer, director, managing executive, or owner of more that 5 percent of the voting or equity securities of a corporation; a
partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business,
as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been
in business within those six years should go directly to the signature page.)*

Form 7 Page 10   (9/00)                                                                          USBC, EDCA

### 19. Books, records and financial statements

None  a.  List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy
☐        case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                DATES SERVICES RENDERED

_____

None  b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have
☐        audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

_____

None  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of
☐        account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

_____

None  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial
☐        statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                DATE ISSUED

_____

Form 7 Page 11  (9/00)                                                            USBC, EDCA

### 20. Inventories

None  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐       of each inventory, and the dollar amount and basis of each inventory.

                                                               DOLLAR AMOUNT OF INVENTORY

DATE OF INVENTORY           INVENTORY SUPERVISOR           (Specify cost, market or other basis)

None  b.  List the name and address of the person having possession of the records of each of the two inventories reported
☐       in a., above.

                                              NAME AND ADDRESSES OF CUSTODIAN

DATE OF INVENTORY                                          OF INVENTORY RECORDS

### 21. Current Partners, Officers, Directors and Shareholders

None  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
☐       partnership.

NAME AND ADDRESS           NATURE OF INTEREST             PERCENTAGE OF INTEREST

None  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or
☐       indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                              NATURE AND PERCENTAGE

NAME AND ADDRESS                    TITLE                  OF STOCK OWNERSHIP

### 24. Tax Consolidation Group

None    If the debtor is a corporation, list the names and federal taxpayer identification number of the parent corporation of
☐      any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                        TAXPAYER IDENTIFICATION NUMBER

---

### 25. Pension Funds

None    If the debtor is not an individual, list the names and federal taxpayer identification number of any pension fund to which
☐      the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                              TAXPAYER IDENTIFICATION NUMBER

---

Form 7 Page 12  (9/00)                                                                          USBC, EDCA

**22. Former partners, officers, directors and shareholders**

None    a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
☐         preceding the commencement of this case.

NAME                                     ADDRESS                    DATE OF WITHDRAWAL

None    b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within
☐         **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                  TITLE                    DATE OF TERMINATION

**23. Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including
☐     compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one
year** immediately preceding the commencement of this case.

NAME & ADDRESS                                       AMOUNT OF MONEY
OF RECIPIENT,                   DATE AND PURPOSE          OR DESCRIPTION
RELATIONSHIP TO DEBTOR       OF WITHDRAWAL            AND VALUE OF PROPERTY

Form 7 Page 14   (9/00)                                                                                    USBC, EDCA

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  10 / 8 / 03                                    Signature  *David Cesena*
                                                     of  Debtor

Date _____                          Signature _____
                                                     of Joint Debtor
                                                     (if any)

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____                          Signature _____

                                                     Print Name and Title of individual signing on behalf of debtor

   [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

   *Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571.*
_____

   **CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

   I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Karen L. Acord                                       561-7K-7842
Printed or Typed Name of Bankruptcy Petition Preparer       Social Security Number

1704 W. Mineral King
Visalia, CA 93291
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:



If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          10/8/03
     Signature of Bankruptcy Petition Preparer                        Date

     *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of*
     *Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*
_____

                         _____continuation sheets added

**DEBTOR IN PRO SE**          **N/A**
**DEBTORS IN PRO PER**

Attorney for the Petitioner

UNITED STATES BANKRUPTCY COURT FOR THE
**EASTERN DISTRICT OF CALIFORNIA**

In re                        Case No.:
**DAVID CESENA**
Debtor                  **Debtor Statement of Intention**
Social Security No.: **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**

Chapter: **7**


1.   I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   My intention with respect to the property of the estate which secures those consumer debts is as follows:

    a.   PROPERTY TO BE SURRENDERED

       No property to be surrendered.

    b.   PROPERTY TO BE RETAINED

       No property to be retained.

3.   I understand that section 521(2)(B) of the Bankruptcy Code requires that I perform the above-stated intentions within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date: _10/8/03_               _David Cesena_
                               Signature of debtor

--------------------------------------------------------------
CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
BANKRUPTCY PETITION PREPARER (See 11 U.S.C. sec. 110)

I certify that I am a bankruptptcy petition preparer as define in 11 U.S.C. sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_Karen L. Acord_           _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_
Printed or Typed Name of       Social Security No.
Bankruptcy Petition Preparer

_1704 W Mineral King_

In re **CESENA, DAVID**
     Debtor
                                          Case No. (if known)

Visalia CA 93291
Address

Names and Social Security numbers of all other individuals who
prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional
signed sheets conforming to the appropriate Official Forms for
each person.

X _____       10/8/03
Signature of Bankruptcy Petition Preparer          Date

A bankruptcy petition preparer's failure to comply with the
provisions of title 11 and the Federal Rules of Bankruptcy Procedure
may result in fines or imprisonment or both.  11 U.S.C. sec. 110;
18 U.S.C. sec. 156.

Page 2

In re **CESENA, DAVID**
    Debtor                              Case No. (if known)

## NOTICE TO INDIVIDUAL CONSUMER DEBTORS

If you intend to file a petition for relief under the bankruptcy laws of the United States, and your debts are primarily consumer debts, the Clerk of Court is required to notify you of each chapter of the Bankruptcy Code under which you may seek relief.  You may proceed under:

      Chapter  7 -- Liquidation, or
      Chapter 11 -- Reorganization, or
      Chapter 12 -- Adjustment of Debts of a Family Farmer With Regular
                      Annual Income, or
      Chapter 13 -- Adjustment of Debts of an Individual With Regular
                      Income

If you have any questions regarding the information contained in this notice, you should consult with your attorney.

                                           _____
                                           Clerk of Court

### ACKNOWLEDGEMENT

I hereby certify that I have read this notice.

_David Cesena_____     Date: _10/8/03_____
Debtor

_____     Date: _____
Joint Debtor

# UNITED STATES BANKRUPTCY COURT

## _____EASTERN__    District of_____CALIFORNIA

In re   CESENA, DAVID

Debtor:                                                  Bankruptcy Case No.
Address: 1937 W. ORIOLE ST., VISALIA, CA 93291    CHAPTER 7
Social Security No(s).: 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
Employer's Tax Identification No(s). [if any]:  N/A

### DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1.    Under 11 U.S.C. § 110(h), I declare under penalty that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me., for services rendered on behalf of the debtor(s) in contemplation for in connection with the bankruptcy case is as follows:

      For **typing the** PETITION I have agreed to accept        $ 125.00
                                                                  125.00
      Prior to the filing of this statement I have received      $_____
                                                                  0
      Balance Due                                                 $_____

2.    I have prepared or caused to be prepared the following documents (itemize):
      CHAPTER 7 BANKRUPTCY PETITION

3.    The source of the compensation paid to me was:

          X     Debtor              __ Other (specify)

4.    The source of the compensation to be paid to me is:

          __ Debtor                        __ Other

5.    The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6.    To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

      NAME:  KAREN L. ACORD      SOCIAL SECURITY NUMBER: 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
             1704 W. MINERAL KING
             VISALIA, CA 93291
             (559) 636-9001

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re                 )

    CESENA, DAVID     )    Bankruptcy Case No.
                 )    CHAPTER 7
                 )

_____Debtor(s)._____)

## NOTICE TO DEBTOR CONCERNING BANKRUPTCY PETITION PREPARERS

Bankruptcy petition preparers are non-attorneys who are not authorized to practice law or give legal advice.

**NOTICE IS HEREBY GIVEN** that the Court has issued the attached *Bankruptcy Petition Preparer Guidelines* governing the work performed and fees charged by bankruptcy petition preparers in Eastern District of California cases.

Under the *Guidelines*, a bankruptcy petition preparer must give the debtor a copy of this notice before taking any money or property from the debtor or on behalf of the debtor for payment and before preparing any papers for filing in the bankruptcy court. The debtor and the bankruptcy petition preparer must sign a copy of this Notice in the spaces provided below. A copy must be furnished to the debtor by the bankruptcy petition preparer, and the original plus four copies must be filed with the Bankruptcy Court.

California law prohibits any non-attorney from rendering legal advice. Legal advice includes, but is not limited to, advice concerning the following:

- Whether the debtor should file bankruptcy and the chapter under which the petition should be filed;

- Whether debts will be eliminated, or "discharged," in a bankruptcy case;

- Whether the debtor will be able to keep their home after filing a bankruptcy case;

- The tax consequences of filing a bankruptcy case;

- Whether the debtor should promise to repay, or "reaffirm," a debt; and

- The exemptions available in bankruptcy, and what property can be claimed as exempt.

Unless approved by the court, a bankruptcy petition preparer may not charge the debtor more than $125 for preparing a bankruptcy petition, including expenses (such as photocopies, postage, telephone charges, and courier services). This fee does not include the petition filing fee. The filing fee must be paid directly to the Clerk of Court by the debtor.

The attached *Guidelines* contain additional restrictions. The debtor shall read the *Guidelines* in order to know what the Court requires of bankruptcy petition preparers.

Debtors with questions concerning bankruptcy petition preparers or who believe that the *Guidelines* have been violated, should contact the appropriate Office of the U.S. Trustee (Sacramento: (916) 498-5990; Fresno/Modesto: (209) 498-7400).

FOR THE COURT
RICHARD G. HELTZEL, CLERK
U.S. BANKRUPTCY COURT

---

## DEBTOR'S CERTIFICATION

I, DAVID CESENA _____, and _____,
the debtor(s) in the above-captioned case, have read and understand the foregoing information and attached *Guidelines*.

Dated: 10/8/03 _____    *David Cesena* _____
                                   (Debtor's Signature)

Dated: _____           _____
                                   (Joint Debtor's Signature)

---

## BANKRUPTCY PETITION PREPARER'S CERTIFICATION

I, KAREN L. ACORD _____, hereby certify under penalty of perjury that I am the bankruptcy petition preparer who has assisted the debtor(s) in filing the above-captioned case. I have not charged fees in excess of the amount allowed in Guideline 2, nor have I advised the debtor concerning any of the matters referred to in Guideline 1.

Dated: 10/8/03 _____    _____
                                   (Bankruptcy Petition Preparer's Signature)

                                   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
                                   (Preparer's Social Security/Tax I.D. No.)

                                   KAREN L. ACORD
                                   (Preparer's Printed or Typed Name)

                                   1704 W. MINERAL KING, VISALIA, CA 93291
                                   (Preparer's Address)