UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In re ) Case No. 03-19262-B-7
)
David Cesena )
)
Debtor(s). )
)

FILED
October 9, 2003
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

APPOINTMENT OF INTERIM TRUSTEE AND NOTICE OF SELECTION

Robert A. Hawkins is hereby appointed Interim Trustee of the above-named Debtor's(s') estate and Trustee if creditors fail to elect a Trustee as provided by the Bankruptcy Code. The Interim Trustee has filed a blanket bond pursuant to Federal Rule of Bankruptcy Procedure 2010(a).

If the Interim Trustee does not notify the Office of the United States Trustee and the Court in writing of rejection of the office within five days after receipt of notice of selection, the Interim Trustee shall be deemed to have accepted the office.

Dated: October 9, 2003

> Office of the United States Trustee
> Region 17
>
> William T. Neary
> United States Trustee

