3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

03-19262-B-7
DEBTOR: DAVID CESENA
FILED 10/9/03 – 01:18 PM
Master Address List
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION    lbef

2003-19262

623

In re )
)
)
CESENA, DAVID ) Bankruptcy Case No.
)
) CHAPTER 7
)
_____ Debtor(s). _____)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for this case, either *(please check one)*:

[X]  on computer diskette listing a total of ___6___ creditors  *[required if debtor's(s') petition is prepared by an attorney or bankruptcy petition preparer]*,

OR

[ ]  by a typed, hard copy in scannable format, consisting of _____ pages and listing a total of _____ creditors *[acceptable only if debtor's(s') petition is not prepared by an attorney or bankruptcy petition preparer]*,

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: 10/8/03

_____David Cesena_____           _____
       Debtor's Signature                Joint Debtor's (if any) Signature

---

### FOR COURT USE ONLY

_____ Diskette readable. Print-out of Master Address List attached; copy provided to filing party with returned diskette.

_____ Diskette unreadable (print-out attached). Notice to resubmit provided to filing party with returned diskette.

---

EDC 2-100 (Rev. 4/28/99)

Printout of CREDITOR.SCN submitted on disk for debtor Cesena.   Page 1

>
> CITIBANK SOUTH DAKOTA NA
> ARTHUR W. SHWACHMAN, ESQ
> 1445 HUNTINGTON DR.
> SUITE 300
> SOUTH PASADENA, CA 91030
>
> DISCOVER CARD
> DISCOVER FINANCIAL SERVC
> POST OFFICE BOX 15251
> WILMINGTON, DE 19886
>
> FIRST USA/BANK ONE
> TRIADVANTAGE CREDIT SVCS
> 1160 CENTRE POINTE DR.
> SUITE 1
> MENDOTA HEIGHTS, MN 55120
>
> FIRST USA/BANK ONE DELWR
> CARDMEMBER SERVICES
> POST OFFICE BOX 50882
> HENDERSON, NV 89016-0882
>
> UNION 76
> POST OFFICE BOX 52202
> PHOENIX, AZ 85072-2202
>
> WELLS FARGO CARD SERVICE
> POST OFFICE BOX 30086
> LOS ANGELES, CA 90030
>
> DISCOVER CARD
> POST OFFICE BOX 3008
> NEW ALBANY, OH 43054

Printout of CREDITOR.SCN submitted on disk for debtor Cesena.   Page 2

Case 03-19262    Doc 3    Page 3 of 3

```
                        DISCOVER CARD
                        POST OFFICE BOX 3007
                        NEW ALBANY, OH 43054




                        ESKANOS & ADLER
                        ATTORNEYS AT LAW
                        2325 CLAYTON RD.
                        CONCORD, CA 94520




                        MANN BRACKEN, LLC
                        ATTORNEYS AT LAW
                        229 PEACHTREE ST., NE
                        SUITE 700
                        ATLANTA, GA 30303-1601




                        WELLS FARGO CARD SERVICE
                        POST OFFICE BOX 522
                        DES MOINES, IA 50302
```

☐

///////////////////////Last page///////////////////////