# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

**IN RE:**

**CESENA, DAVID**

**Debtor(s)**

**CASE NO. 03-19262 B-7F**   03 NOV 21   AM 9: 44

(X)   Report of Trustee at 341 Meeting
( )   Initial Report of Trustee in Asset Case
(X)   Report of Trustee in No Asset Case
( )   Debtor(s) Change of Address

CLERK U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
FRESNO, CA.

## (X)   REPORT OF TRUSTEE AT 341 MEETING

The Trustee declares:

1.        Date of Meeting: 11/10/03
2. (X)   Meeting Concluded
3. ( )   Meeting Continued to _/ /_
4. ( )   Debtor(s) failed to appear
5. ( )   Debtors(s) failed to file schedules and/or Statement of Affairs

6. ( )   Debtor's counsel failed to appear.
7. ( )   Debtor(s) failed to cooperate with the trustee pursuant to 11 U.S.C. 521.
         ( ) See Attachment "A"
8. ( )   Other:

The trustee declares the foregoing is true and correct under penalty of perjury.

( )      THE TRUSTEE REQUESTS ISSUANCE ( ) OF AN ORDER TO SHOW CAUSE WHY THE DEBTOR(S), AND COUNSEL IF APPROPRIATE, BE SANCTIONED UNDER THE CIRCUMSTANCES, OR ( ) OF A NOTICE OF INTENT TO DISMISS OR CONVERT CASE, FOR THE REASONS DECLARED ABOVE.

## ( )   INITIAL REPORT OF TRUSTEE IN ASSET CASE

1.        ( )   The trustee has found assets in this estate to be administered for the benefit of creditors, or believes there is a reasonable likelihood that such assets will be recovered within a reasonable period of time.

2.        ( )   Trustee requests a Notice to File Claims be sent.

## (X)   REPORT OF TRUSTEE IN NO ASSET CASE

Finding of No Assets. The trustee of the estate of the above-named debtor(s) reports that the trustee has neither received any property nor paid any money on account of this estate except exempt property; that the trustee has made diligent inquiry into the whereabouts of property belonging to the estate and that there is no property available for distribution from the estate over and above that exempted by the debtor(s).

## ( )   DEBTOR(S) CHANGE OF ADDRESS

New Address: _____

**DATED:**        11/10/03

_____
ROBERT A. HAWKINS, TRUSTEE

**FOR U.S. TRUSTEE USE ONLY**



2003-19262





[P1]