### United States Bankruptcy Court
### Eastern District of California

## NOTICE OF FILING REPORT OF NO DISTRIBUTION, COMBINED WITH ORDER FIXING DEADLINE TO OBJECT THERETO

Case Number:  03 - 19262-B-7      Last Day to file an Objection:               12/22/03

**In re:**   **David Cesena**

OTHER NAMES USED WITHIN 6 YEARS BEFORE FILING THE PETITION, IF ANY, ARE PRINTED ON  THE REVERSE OF THIS NOTICE

**Address:**     **1937 W ORIOLE ST
VISALIA, CA 93291**

**FILED
11/21/03
CLERK**
U.S. BANKRUPTCY COURT
EASTERN DISTRICT
OF CALIFORNIA

tjof

| | | | |
|---|---|---|---|
| Name and Address of Case Trustee: | Robert A. Hawkins | Telephone Number: | 559-255-0555 |
| | 1849 N Helm #110
Fresno, CA 93727 | | |

Office of the United States Trustee:

For cases in the Sacramento Division: 501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division and Modesto Division: 1130 O Street, Suite 1110, Fresno, CA 93721

**NOTICE IS HEREBY GIVEN THAT:**

The trustee in the above case has filed a "Report of No Distribution," stating there are no funds available from the estate for distribution to creditors.  The report contains the trustee's certification that the estate has been fully administered, and is available for inspection at the Office of the Clerk, U.S. Bankruptcy Court, at the address shown below.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT:**

Unless an objection is filed by the United States Trustee or a party in interest on or before the date shown above, the Court will presume the estate fully administered and proceed to close the case.  Any objection shall state with particularity the grounds therefor, and shall be submitted for filing with a notice of hearing setting the hearing on January 14, 2004 at 10:00 a.m.  at the U.S. Bankruptcy Court located at 1130 O Street, Fresno, CA, Department B.  *If no objections are filed, no hearing will be calendared.*  **YOU SHOULD NOT APPEAR AT THIS DATE AND TIME UNLESS YOU FILED AN OBJECTION AND NOTICE OF HEARING, OR UNLESS YOU ARE SERVED WITH AN OBJECTION AND NOTICE OF HEARING FILED BY ANOTHER PARTY.**

The objection, notice of hearing, and any supporting documents shall be served on the trustee, and unless filed by the United States Trustee, transmitted to the Office of the United States Trustee by the objecting party on or before the date of filing with the Clerk.  Proof of Service and transmittal of the objection, notice of hearing, and any supporting documents shall be filed concurrently with such pleadings, or within (3) court days.

If no objections are filed, no hearing will be calendared, and after the resolution of any pending matter and the entry of an order granting or denying the debtor's (s') discharge, the Court will, **without further notice,** enter an order approving the trustee's report, discharging the trustee, and closing the case.

## DATED: 11/21/03

FOR THE COURT
RICHARD G. HELTZEL CLERK,
U.S. BANKRUPTCY COURT

Fresno Division Office
1130 O Street, Room 2656
Fresno, CA 93721

FORM BL/L30 (9/2003)

Case Number:  03 - 19262-B-7

In re:    David Cesena

**OTHER NAMES USED WITHIN 6 YEARS BEFORE FILING THE PETITION**

**DEBTOR:**                           **JOINT DEBTOR:**

None Listed                           None Listed

**BAE SYSTEMS**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0972-1        User: tjof          Page 1 of 1          Date Rcvd: Nov 21, 2003
Case: 03-19262             Form ID: 212         Total Served: 13


The following entities were served by first class mail on Nov 23, 2003.
db         Cesena, David,   1937 W ORIOLE ST,   VISALIA, CA 93291
tr         Hawkins, Robert A.,   1849 N Helm #110,   Fresno, CA 93727
6685694    CITIBANK SOUTH DAKOTA NA,   ARTHUR W SHWACHMAN ESQ,   1445 HUNTINGTON DR,   SUITE 300,
           SOUTH PASADENA CA 91030
6685695    DISCOVER CARD,   DISCOVER FINANCIAL SERVC,   POST OFFICE BOX 15251,   WILMINGTON DE 19886
6685701    DISCOVER CARD,   POST OFFICE BOX 3007,   NEW ALBANY OH 43054
6685700    DISCOVER CARD,   POST OFFICE BOX 3008,   NEW ALBANY OH 43054
6685702    ESKANOS ADLER,   ATTORNEYS AT LAW,   2325 CLAYTON RD,   CONCORD CA 94520
6685696    FIRST USA BANK ONE,   TRIADVANTAGE CREDIT SVCS,   1160 CENTRE POINTE DR,   SUITE 1,
           MENDOTA HEIGHTS MN 55120
6685697    FIRST USA BANK ONE DELWR,   CARDMEMBER SERVICES,   POST OFFICE BOX 50882,   HENDERSON NV 89016-0882
6685703    +MANN BRACKEN LLC,   ATTORNEYS AT LAW,   229 PEACHTREE ST NE,   SUITE 700,   ATLANTA GA 30303-1605
6685698    UNION 76,   POST OFFICE BOX 52202,   PHOENIX AZ 85072-2202
6685699    WELLS FARGO CARD SERVICE,   POST OFFICE BOX 30086,   LOS ANGELES CA 90030
6685704    WELLS FARGO CARD SERVICE,   POST OFFICE BOX 522,   DES MOINES IA 50302

The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Nov 23, 2003                    Signature: *Joseph Speetjens*