United States Bankruptcy Court
Eastern District of California

# FINAL DECREE

Case Number: 03 - 19262-B-7

In re: **David Cesena**

Address: 1937 W ORIOLE ST
VISALIA, CA 93291

FILED
01/21/04

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT
OF CALIFORNIA

fres

Name and Address of Case Trustee:
Robert A. Hawkins

1849 N Helm #110
Fresno, CA 93727

Telephone Number:
559-255-0555

Office of the United States Trustee:

For cases in the Sacramento Division: 501 I Street, Room 3-200, Sacramento, CA 95814, Telephone number (916) 930-4400

For cases in the Fresno Division and Modesto Division: 1130 O Street, Suite 1110, Fresno, CA 93721, Telephone number (559) 498-7400

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed; that the Trustee is hereby discharged, that the bond of the Trustee is hereby canceled, and that the Trustee's bond is hereby released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

DATED: 01/21/04

FOR THE COURT
RICHARD G. HELTZEL CLERK,
U.S. BANKRUPTCY COURT
Fresno Division Office
1130 O Street, Room 2656
Fresno, CA 93721

FORM BL/L51 (5/03)

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0972-1        User: autof              Page 1 of 1             Date Rcvd: Jan 21, 2004
Case: 03-19262              Form ID: 634             Total Served: 1

The following entities were served by first class mail on Jan 23, 2004.
tr         Hawkins, Robert A.,   1849 N Helm #110,   Fresno, CA 93727

The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2004                          Signature:    *Joseph Speetjens*